411 A.2d 215

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ernest E. BOULWARE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1980.

Decided Feb. 25, 1980.

Benjamin Paul, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Franklin Noel, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Judgments of sentence affirmed.